| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MCGUIREWOODS LLP<br>A. BROOKS GRESHAM (SBN 155954)<br>bgresham@mcguirewoods.com<br>TRACY EVANS MOYER (SBN 243212)<br>tmoyer@mcguirewoods.com<br>ERIKA L. PENNINGTON (SBN 246237)<br>epennington@mcguirewoods.com<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210 |
| 7<br>8 | Attorneys for Defendant SPRINT<br>NEXTEL CORPORATION **(special appearance)**,<br>Sprint Spectrum, L.P. and Sprint Solutions, Inc. |

**FILED**

MAR 2 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TALLAL, AL ALBERTO, CRAIG MORRIS, MATT TILLMAN, and SHALIMAR GUERRA on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS INC., SPRINT SPECTRUM LP, MINORCO LP, SWV TWO LP, and SPRINT SPECTRUM HOLDING COMPANY LP,<br><br>Defendants. | CASE NO. C10-05660 SBA<br><br>**AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS; [PROPOSED] ORDER** |

29278515.1

AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS
CASE NO. C10-05660 SBA

| | |
|---|---|
| 1 | WHEREAS on January 5, 2011, plaintiffs Scott Tallal, Al Alberto, Craig Morris, Matt |
| 2 | Tillman and Shalimar Guerra ("Plaintiffs") filed an Amended Class Action Complaint, Dkt. No. |
| 3 | 16 ("Amended Complaint"), against defendants Sprint Nextel Corporation ("SNC"), Sprint |
| 4 | Solutions Inc., Sprint Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum |
| 5 | Holding Company, L.P.; |
| 6 | WHEREAS in reliance upon the Representations set forth in the January 28, 2011 |
| 7 | declaration of Scott Andreasen, filed simultaneously herewith, Plaintiffs agree to dismiss Sprint |
| 8 | Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P. |
| 9 | from this action. |
| 10 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the |
| 11 | attorneys for the undersigned parties that: |
| 12 | Plaintiffs will dismiss, without prejudice, defendants Sprint Nextel Corporation, MinorCo, |
| 13 | L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P; |
| 14 | Sprint Spectrum, L.P. and Sprint Solutions, Inc. will agree to accept service of the |
| 15 | Amended Complaint on behalf of Sprint Spectrum, L.P. and Sprint Solutions, Inc.; and |
| 16 | Sprint Spectrum, L.P. and Sprint Solutions, Inc. agree to respond to the Amended |
| 17 | Complaint on or before February 3, 2011. |
| 18 | **IT IS SO STIPULATED.** |
| 19 | Dated: February 8, 2011                    MCGUIREWOODS LLP |
| 20 | By: /s/ A. Brooks Gresham |
| 21 | A. Brooks Gresham |
| 22 | Attorneys for Defendants SPRINT NEXTEL CORPORATION **(special appearance)**, |
| 23 | SPRINT SOLUTIONS, INC., SPRINT SPECTRUM, L.P. |
| 24 | |
| 25 | Dated: February 8, 2011                    BURSOR & FISHER, P.A. |
| 26 | By: /s/ L. Timothy Fisher |
| 27 | L. Timothy Fisher |
| 28 | Attorneys for Plaintiffs SCOTT TALLAL, AL ALBERTO, CRAIG MORRIS, MATT TILLMAN, and SHALIMAR GUERRA |

29278515.1

2

AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS
CASE NO. C10-05660 SBA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3-28-11

By: _____
The Honorable Saundra Brown Armstrong
Judge, United States District Court